UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                         :

E.J.M.C.,                                  :

                   Petitioner,        :

                          :

        -v-                   :         26 Civ. 2009 (JPC)

                          :

KENNETH GENALO, *et al.*,        :         <u>ORDER</u>

                          :

            Respondents.     :

                          :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court, having examined the Petition in this action, which Petitioner filed under 28 U.S.C. § 2241, orders that:  The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

      By March 20, 2026, the U.S. Attorney's Office shall file an answer or other pleadings in response to the Petition, explaining the basis for Petitioner's detention and Petitioner's location. Petitioner may file reply papers, if any, by March 27, 2026.  In preparing their papers, the parties shall discuss whether, if the statutory provision under which the Government asserts the authority to detain Petitioner is 8 U.S.C. § 1225(b)(2)(A), there is any basis to distinguish this case from this Court's recent decisions in *Chen v. Almodovar*, No. 25 Civ. 9670 (JPC), 2026 WL 100761 (S.D.N.Y. Jan. 14, 2026), *Alvarado Quezada v. Francis*, No. 26 Civ. 387 (JPC), 2026 WL 380711 (S.D.N.Y. Feb. 11, 2026), and *Flores Palma v. Arteta*, No. 25 Civ. 9340 (JPC), Dkt. 23 (S.D.N.Y. Mar. 12, 2026).

In their papers, the parties shall further discuss whether this Court has jurisdiction to entertain the Petition in the first instance. *See, e.g.*, *Arellano Trujillo v. U.S. Att'y Gen.*, No. 3:26-cv-549, 2026 WL 668297, at *2-3 (N.D. Ohio Mar. 9, 2026); *Khalil v. President*, 164 F.4th 259, 273-81 (3d Cir. 2026).

     SO ORDERED.

Dated: March 12, 2026
     New York, New York

                        JOHN P. CRONAN
                   United States District Judge