**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| E.J.M.C, <br><br>                         *Petitioner*, <br>     -against- <br><br> Kenneth Genalo, in his official capacity as New York City Immigration and Customs Enforcement Field Office Director, TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY, and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br>                      *Respondents.* | Case No. 1:26-cv-02009 <br><br> Hon. John P. Cronan |

**ORDER GRANTING PETITIONER'S MOTION TO  PROCEED**
**USING INITIALS AND TO**
**REDACT SPECIFIC PERSONALLY IDENTIFYING INFORMATION**

Petitioner's motion to proceed in this case using his initials and to redact certain other identifying information is GRANTED.  The parties are hereby directed to refer to Petitioner by his initials "E.J.M.C." in any filings.  The Parties are further ordered to redact personally identifying information, including E.J.M.C.'s name, A-number, home address, and email address, in any documents filed in connection with this case.

Dated:  March 12, 2026
New York, New York

SO ORDERED,

By: _____

Honorable John P. Cronan

The Clerk of Court is respectfully directed to close Docket Number 5.

2