UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                       :

E.J.M.C.,                                 :

                   Petitioner,        :

             -v-                :        26 Civ. 2009 (JPC)

                                     :

KENNETH GENALO, *et al.*,         :        ORDER

                                     :

                 Respondents.    :

                                     :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

By May 7, 2026, the Government shall explain how the Second Circuit's recent decision in

*da Cunha v. Freden*, No. 25-3141-pr (2d Cir. Apr. 28, 2026), Dkt. 78, affects the instant case, if at

all, and propose next steps in this matter.  Petitioner may respond, if necessary, by May 14, 2026.

      SO ORDERED.

Dated:  April 28, 2026
      New York, New York                     JOHN P. CRONAN
                                         United States District Judge