GIBSON DUNN

Katherine Marquart
Partner & Pro Bono Chair
T: +1 213.229.7475
M: +1 310.968.6864
KMarquart@gibsondunn.com

May 18, 2026

VIA ECF

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *E.J.M.C. v. Kenneth Genalo, et al.*, No. 26-cv-2009 (JPC)

Dear Judge Cronan:

E.J.M.C. respectfully submits this letter and the attached Notice of Custody Determination (the "Notice") in connection with his pending Petition for Writ of Habeas Corpus. On May 15, 2026, Respondents filed a copy of the Notice on the Immigration Court docket for E.J.M.C.'s removal proceedings. The Notice states that E.J.M.C. is being detained "[p]ursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations." Ex. A. Through this Notice, Respondents have conceded that E.J.M.C. is being detained pursuant to 8 U.S.C. § 1226, not Section 1225(b)(2). On May 18, 2026, counsel for E.J.M.C. asked counsel for Respondents via email to confirm that, contrary to their filing on May 7, 2026 (Dkt. 24), Respondents no longer assert that Section 1225(b)(2) applies to E.J.M.C.'s detention. As of the time of this filing, counsel for Respondents has not provided Respondents' position.

The Notice includes a section that states "[y]ou may request a review of this custody determination by an immigration judge," with boxes for the noncitizen detainee to select whether he does or does not request an immigration judge review of the custody determination and a line for the noncitizen detainee to sign. When Respondents presented the Notice to E.J.M.C. on May 15, they did so without first alerting E.J.M.C.'s counsel. Although E.J.M.C. explained to Respondents that he could not sign without consulting with his counsel, Respondents did not allow E.J.M.C. access to his counsel, and the Notice says "Refused" on the signature line. E.J.M.C.'s counsel first obtained a copy of the Notice after it was filed in connection with E.J.M.C.'s removal proceedings.

Because Respondents now concede that Section 1226 is the applicable standard, there is no question that E.J.M.C.'s detention is unlawful. *See*, *e.g*., Dkt. 19 at 5-8. Accordingly, this Court should order his immediate release, or at a minimum, order the Immigration Judge overseeing his removal proceedings to conduct a bond hearing as soon as possible. Time is

particularly of the essence here, in light of the harassment and violence E.J.M.C. continues to face while in detention, and the resulting rapid deterioration of his mental health. *See*, *e.g.*, Dkt. 25 at 2, 8-9; Dkt. 26 ¶¶ 3-8. Moreover, as the circumstances surrounding the Notice further illustrate, E.J.M.C. continues to be denied meaningful access to his counsel in violation of his First Amendment rights. Dkt. 25 at 2, 8-9; Dkt. 26 ¶¶ 10-11. This violation is especially problematic because limited access to counsel is impeding on E.J.M.C.'s ability to prepare for the individual hearing in his removal proceedings scheduled for June 18, 2026. Dkt. 25 at 8-9; Dkt. 26 ¶¶ 9, 13. Accordingly, he is entitled to immediate release from detention. *See*, *e.g.*, *Salgado v. Francis*, 2025 WL 2806757, at *7 (S.D.N.Y. Oct. 1, 2025) ("Release also promotes Petitioner's access to her counsel as she seeks asylum and is more likely to lead to stability in her mental health that is necessary for her to participate in the litigation of her other claims in this action.").

By 11:59 p.m. today, the Government is ordered to state its position on Petitioner's letter, including whether the U.S. Department of Homeland Security has taken the position that Petitioner is detained pursuant to 8 U.S.C. 1226 and whether Petitioner is entitled to a bond determination by an immigration judge.

SO ORDERED.
Date: May 19, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

By: /s/ *Katherine Marquart*

**GIBSON, DUNN & CRUTCHER LLP**
Katherine Marquart
Ariana Sañudo (admitted *pro hac vice*)
333 S Grand Ave
Los Angeles, CA 90071
Tel.: 213.229-7000
KMarquart@gibsondunn.com
ASanudo@gibsondunn.com

**GIBSON, DUNN & CRUTCHER LLP**
Leesa Haspel
Mark Cherry
200 Park Ave
New York, NY 10166
Tel.: 212.351-4000
LHaspel@gibsondunn.com
MCherry@gibsondunn.com

*Attorneys for Petitioner*