

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 19, 2026

**By ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *E.J.M.C. v. Kenneth Genalo, et al.*, No. 26 Civ. 2009 (JPC)

Dear Judge Cronan:

      This Office represents the Government in the above-referenced immigration habeas corpus action. On May 18, 2026, Petitioner filed a letter indicating that ICE prepared a Form I-286 for Petitioner. ECF No. 27. This morning, the Court issued an order directing the Government to file, by 11:59 p.m. today, a letter stating its position on Petitioner's letter, including whether ICE has taken the position that Petitioner is now detained under 8 U.S.C. § 1226 and whether Petitioner is entitled to seek a bond hearing before an immigration judge. ECF No. 28.

      I write respectfully to request that the Court grant the Government an extension of time to file a response to the Court's order. The attorney handling this matter is out of the office this week, and so I have stepped in to cover this matter until he returns next Tuesday. I made inquiries with respect to the Court's question earlier today, as Petitioner's May 18 letter was the first time this Office learned of a Form I-286 being completed here, but as of this writing this evening, I have not yet received a response. The completion of a Form I-286 is inconsistent with the information this Office was previously provided. Thus, to allow sufficient time for this Office to obtain information needed from the relevant offices to respond to the Court's question, I respectfully request that the Court grant the government an extension until May 26 to provide a response.

      I thank the Court for its consideration of this submission.

The instant request is granted. The Government shall provide a response by May 26, 2026. The Court, however, is mindful of Petitioner's expression of time sensitivity, *see* Dkt. 27, and intends to swiftly resolve the dispute following the Government's response. Should the Government receive the needed information before May 26, it shall immediately notify the Court.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By:  */s/ Brandon M. Waterman*
    BRANDON M. WATERMAN
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Tel: (212) 637-2743
    E-mail: brandon.waterman@usdoj.gov

SO ORDERED.
Date: May 20, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

cc:    Counsel of Record (by ECF)