**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| E.J.M.C.<br><br>*Petitioner*,<br><br>v.<br><br>KENNETH GENALO, in his official capacity as Acting Field Office Director of New York City Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY, and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Respondents.* | Case No. 26-Civ.-2009 (JPC) |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between Petitioner E.J.M.C. and

Respondents Kenneth Genalo, Todd Lyons, Kristi Noem, U.S. Department of Homeland

Security, and U.S. Immigration and Customs Enforcement that, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed in its entirety

without prejudice and without costs or fees to any party.

Dated: May 26, 2026

Respectfully submitted,

By: _____

**GIBSON, DUNN & CRUTCHER LLP**
Katherine Marquart
Ariana Sañudo (admitted *pro hac vice*)
333 S Grand Ave
Los Angeles, CA 90071
Tel.:  213.229-7000
KMarquart@gibsondunn.com
ASanudo@gibsondunn.com

**GIBSON, DUNN & CRUTCHER LLP**
Leesa Haspel
Mark Cherry
200 Park Ave
New York, NY 10166
Tel.: 212.351-4000
LHaspel@gibsondunn.com
MCherry@gibsondunn.com

*Attorneys for Petitioner*

**JAY CLAYTON**
United States Attorney

By: _____
JEREMY M. LISS
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2743
Jeremy.Liss@usdoj.gov

*Attorneys for Respondents*

SO ORDERED.
Date: May 27, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

The Clerk of Court is respectfully directed to close this case.

2